**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jose Bermudez - Dejesus          CHAPTER 13
                       Debtor(s)

BKY. NO. 22-13470 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Michigan Mutual Inc and index same on the master mailing list.

                       Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
06 Jan 2023, 11:32:24, EST

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322

Document ID: f0aaa499ca0e68e1d0297886cf3590b8618fd43ec002839e6db06195d807616e