UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Jose Bermudez-Dejesus, | : | Chapter 13 |
| | : | |
| | : | Case No. 22-13470 (PMM) |
| | : | |
| Debtor | : | |

### ORDER TO SHOW CAUSE

**AND NOW** the *pro se* Debtor having failed to file the documents and schedules required by Fed. R. Bankr. P. 1007, see doc. nos. 1, 5;

**AND** the Debtor having also failed to make the first installment payment of $100.00, which was due by January 13, 2023, see Order Granting Application to Pay Filing Fee in Installments, doc. #6;

It is hereby **ORDERED**, that:

1) The Debtor **SHALL APPEAR** for a hearing on **Tuesday, January 31, 2023 at 11:00 a.m.** and show cause why this case should not be dismissed for failure to timely file documents and for failure to pay the filing fee installment. The hearing will be conducted telephonically. The dial-in phone number is 1-888-636-3807 and the access code is 4954493;

2) The Debtor must pay both the first installment payment of $100.00 and the second installment payment of $113.00 prior to the hearing; and

3) Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

Date: January 18, 2023

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Jose Bermudez-Dejesus
21 Lake St.
Mohnton, PA  19510