United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13470-pmm |
| Jose Bermudez-Dejesus | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Bermudez-Dejesus, 21 Lake St., Mohnton, PA 19540-2009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Jan 20 2023 00:37:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2023 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 20 2023 00:38:38 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 21, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Michigan Mutual Inc mfarrington@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 19, 2023 | Form ID: pdf900 | Total Noticed: 4

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:**   Jose Bermudez-Dejesus, | : | Chapter 13 |
| | : | |
| | : | Case No. 22-13470 (PMM) |
| | : | |
| **Debtor** | : | |

## ORDER TO SHOW CAUSE

**AND NOW** the *pro se* Debtor having failed to file the documents and schedules required by Fed. R. Bankr. P. 1007, see doc. nos. 1, 5;

**AND** the Debtor having also failed to make the first installment payment of $100.00, which was due by January 13, 2023, see Order Granting Application to Pay Filing Fee in Installments, doc. #6;

It is hereby **ORDERED**, that:

1) The Debtor **SHALL APPEAR** for a hearing on **Tuesday, January 31, 2023 at 11:00 a.m.** and show cause why this case should not be dismissed for failure to timely file documents and for failure to pay the filing fee installment. The hearing will be conducted telephonically. The dial-in phone number is 1-888-636-3807 and the access code is 4954493;

2) The Debtor must pay both the first installment payment of $100.00 and the second installment payment of $113.00 prior to the hearing; and

3) Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

Date:  January 18, 2023

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Jose Bermudez-Dejesus
21 Lake St.
Mohnton, PA  19510