# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        **Chapter 13**
                                          :
**Jose Bermudez-Dejesus,**
                                          :        **Case No. 22-13470 (PMM)**
            **Debtor.**                   :

## ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** upon consideration of the Order to Show Cause (doc. #11, the "Show Cause

Order"), notifying the Debtor that this bankruptcy case may be dismissed if he did not appear,

see Show Cause Order;

**AND** the Debtor having failed to appear at the Show Cause hearing on January 31, 2023;

**AND** the Debtor having failed to make any of the installment payments detailed in the

Show Cause Order;

**AND** the Debtor having failed to file the required documents and schedules;

It is, therefore **ordered,** that the Debtor's bankruptcy case is hereby **dismissed**.


**Date:  January 31, 2023**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Jose Bermudez-Dejesus
21 Lake St.
Mohnton, PA 19510