United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13470-pmm |
| Jose Bermudez-Dejesus | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: Jan 31, 2023      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Bermudez-Dejesus, 21 Lake St., Mohnton, PA 19540-2009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Feb 01 2023 00:29:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 01 2023 00:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 01 2023 00:40:56 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Michigan Mutual Inc mfarrington@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf900 | Total Noticed: 4 |

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Jose Bermudez-Dejesus, | : | Case No. 22-13470 (PMM) |
| Debtor. | : | |

## ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** upon consideration of the Order to Show Cause (doc. #11, the "Show Cause Order"), notifying the Debtor that this bankruptcy case may be dismissed if he did not appear, see Show Cause Order;

**AND** the Debtor having failed to appear at the Show Cause hearing on January 31, 2023;

**AND** the Debtor having failed to make any of the installment payments detailed in the Show Cause Order;

**AND** the Debtor having failed to file the required documents and schedules;

It is, therefore **ordered,** that the Debtor's bankruptcy case is hereby **dismissed**.

Date:  January 31, 2023

_/s/ Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Jose Bermudez-Dejesus
21 Lake St.
Mohnton, PA 19510